**Ogletree Deakins**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*ATTORNEYS AT LAW*

1735 Market Street, Suite 3000
Philadelphia, PA 19103
Telephone: 215-995-2800
Facsimile: 215-995-2801
www.ogletree.com

Rebecca J. Rosen
(215) 970-9484
rebecca.rosen@ogletree.com

April 18, 2025

**VIA ECF**

Honorable Sharon A. King
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets,
Camden, NJ 08101

**RE:** *Krystal Sadler, on behalf of herself and all others similarly situated v. Target Corporation*
       **Case No.: 1:23-cv-00030**

Dear Judge King:

I write to respectfully notify the Court, on behalf of the parties, that the parties are available for a settlement conference on June 25, 2025.

Respectfully submitted,

*/s/ Rebecca J. Rosen*
Rebecca J. Rosen, Esq.
**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
1735 Market Street, Suite 3000
Philadelphia, PA 19103
*Attorneys for Defendant
Target Corporation*

*/s/ Charles J. Kocher*
Charles J. Kocher, Esq.
**MCOMBER MCOMBER & LUBER, P.C.**
50 Lake Center Drive, Suite 400
Marlton, NJ 08053
*Attorneys for Plaintiff and the Class*

Atlanta ▪ Austin ▪ Baltimore ▪ Berlin ▪ Birmingham ▪ Boston ▪ Buffalo ▪ Calgary ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Columbus ▪ Dallas ▪ Denver ▪ Detroit Metro
Fresno ▪ Greenville ▪ Houston ▪ Indianapolis ▪ Kansas City ▪ Las Vegas ▪ Lexington ▪ London ▪ Los Angeles ▪ Memphis ▪ Mexico City ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal
Morristown ▪ Munich ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR
Raleigh ▪ Richmond ▪ Sacramento ▪ Salt Lake City ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ St. Louis ▪ St. Thomas ▪ Stamford ▪ Tampa ▪ Toronto ▪ Torrance ▪ Washington, D.C.