# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| KRYSTAL SADLER, on behalf of herself, individually and on behalf of all similarly situated individuals,<br><br>*Plaintiffs,*<br><br>v.<br><br>TARGET CORPORATION,<br><br>*Defendants.* | Civ. No. 1:23-cv-00030-CPO-SAK<br><br>Jury Trial Demanded |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT

**MOTION DATE – November 17, 2025**

NOW COMES Plaintiff Sadler on behalf of herself and the Class, by and through her undersigned counsel, filing her Unopposed Motion for Preliminary Approval of the Class Action Settlement, and respectfully moving this Court for an Order:

1. Granting preliminary approval of the settlement as detailed in the Agreement and Release, attached to the Declaration of Charles J. Kocher, Esq. as Exhibit 1;

2. Approving the form and procedures of Notice and authorizing the dissemination of notice to the Class in accordance with the Agreement and Release; and

3. Scheduling a Final Approval hearing regarding the final approval of the settlement;

4. Preliminarily approving Class Counsel's fee award and Plaintiff Sadler's service award.

In support thereof, Plaintiffs hereby file a Memorandum of Law and a supporting Declaration of Charles J. Kocher, Esq., and all exhibits thereto. For the Court's consideration, Plaintiffs attach an accompanying proposed Order.

Dated: October 24, 2025    /s/ *Charles J. Kocher*
Charles J. Kocher, Esq. (NJ ID 016952004)
Tyler J. Burrell, Esq. (NJ ID 377942021)
Gaetano J. DiPersia, Esq. (NJ ID 442152023)
McOMBER McOMBER & LUBER, P.C.
50 Lake Center Drive, Suite 400

Marlton, NJ 08053
(856) 985-9800
cjk@njlegal.com
tjb@njlegal.com
gjd@njlegal.com
*Attorneys for Plaintiff and the Class*